AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

FILED
MAY 11 2016
S.D. OF N.Y.

UNITED STATES  
*Plaintiff*  
v.  
JASON GALANIS  
*Defendant*

Case No. 16 Mag. 2978

DOC # _____

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Devon Archer

Date: 5/11/16

*Attorney's signature*

Matthew Schwartz  
*Printed name and bar number*

575 Lexington Ave.  
*Address*

mlschwartz@bsfllp.com  
*E-mail address*

212.303.3646  
*Telephone number*

212.446.2350  
*FAX number*